UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBERTY JEFFREY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CV423-241 |
| | ) |
| GENESIS FS CARD SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Unopposed Motion to Stay Proceedings. Doc. 11. They have agreed that Plaintiff's claims against Genesis FS Card Services, Inc. ("Genesis") "shall be pursued through arbitration." *Id.* at 1. Therefore, they request a stay of this action pending the conclusion of the arbitration. *Id.* at 2. Having fully considered the parties' request and for good cause shown, the motion to stay is **GRANTED**. Doc. 11. The Clerk is **DIRECTED** to **STAY** this case pending the conclusion of the parties' arbitration. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). The parties are **DIRECTED** to file joint status reports updating the

Court on the status of their arbitration every 60 days. They are further **DIRECTED** to notify the Court within 14 days of the arbitration's conclusion, and indicate at that time whether a dismissal of this matter will be forthcoming, or if the stay should lift for further proceedings in this Court.

**SO ORDERED**, this 25th day of September, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA